Appeal by General Refractories Company is hereby DENIED.

■

### GENERAL REFRACTORIES COMPANY

v.

### INSURANCE COMPANY OF NORTH AMERICA, CCI Insurance Company (as Successor to Insurance Company of North America), Century Indemnity Company (as Successor to CCI Insurance Company, as Successor to Insurance Company of North America)

### Petition of Fisher Scientific Company, L.L.C.

### No. 130 EM 2006.

Supreme Court of Pennsylvania.

Aug. 2, 2007.

### *ORDER*

PER CURIAM.

AND NOW, this 2nd day of August, 2007, the Application For Leave To File Brief Of Amicus Curiae by Fisher Scientific Company L.L.C. In Support Of General Refractories Company's Petition for Allowance of Appeal is hereby DENIED.

■

### CONSTRUCTO TEMPS, INC. and Workers' Compensation Security Fund

v.

### WORKERS' COMPENSATION APPEAL BOARD (TENNANT).

### Petition of Gregory Tennant.

Supreme Court of Pennsylvania.

Aug. 3, 2007.

### *ORDER*

PER CURIAM.

AND NOW, this 3rd day of August, 2007, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

(1) Whether an order prohibiting the assessment of penalties against the Workers' Compensation Security Fund for its failure to pay reasonable and necessary medical expenses incurred by the claimant violated the humanitarian purposes of the Workers' Compensation Act?

(2) Whether an employer may be assessed a penalty for its failure to pay reasonable and necessary medical expenses incurred by the claimant where the penalties imposed resulted from the conduct of the Workers' Compensation Security Fund?